UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>               Plaintiff,<br><br>v.<br><br>JBR, INC., D/B/A ROGERS FAMILY COMPANY,<br><br>               Defendant. | Civil Action No. 1:11-CV-11941-FDS<br><br>Complaint Filed: November 2, 2011<br><br>Demand for Jury Trial |

## JBR., INC'S MOTION TO COMPEL KEURIG TO SUPPLEMENT ITS PRODUCTION AND FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 37(a), Defendant JBR, Inc. d/b/a Rogers Family Company ("Rogers") hereby moves this Court to compel Plaintiff Keurig, Incorporated ("Keurig") to supplement its production with documents responsive to Rogers' Requests for Document Production. Rogers also moves this Court to issue sanctions against Keurig and order Keurig to pay Rogers' fees and expenses in bringing this motion. As set forth more fully in the accompanying memorandum of law, Keurig has refused to produce Green Mountain Coffee Roasters' documents, has refused to produce documents responsive to Rogers' Requests not targeted by keyword searches, and has refused to produce highly relevant documents responsive to several of Rogers' Requests for Production of Documents. This has prejudiced Rogers' ability to prepare its case.

WHEREFORE, for the above described reasons and the reasons described more fully in the memorandum submitted contemporaneously herewith, Rogers respectfully requests that this Court enter an order compelling Keurig to (1) produce documents belonging to Green Mountain Coffee Roasters; (2) produce documents responsive to Rogers' document requests not captured

by keyword searches; (3) produce its ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and related documents responsive to Request Nos. 22, 24, 26, and 27; (4) produce documents and things responsive to Request for Production Nos. 40, 45, 52-55, 67, 90, and 98-100; (5) issue sanctions against Keurig for withholding evidence, and (6) order Keurig to pay Rogers' expenses and fees incurred in bringing this motion.

## REQUEST FOR A HEARING

Defendant respectfully requests a hearing on this motion.

/s/ Todd S. Holbrook
TODD S. HOLBROOK (BBO# 563828)
Morgan, Lewis & Bockius LLP
Attorneys for Defendant JBR, Inc.
225 Franklin Street, 16th floor
Boston, MA 02110
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
tholbrook@morganlewis.com

Dated: March 25, 2013

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

I hereby certify that counsel for JBR, Inc. d/b/a Rogers Family Company and counsel for Keurig conferred by exchange of letters, by telephone and by email as described in the accompanying memorandum, but could not narrow the scope of this discovery dispute or reach a resolution of these issues presented by this motion.

/s/ Todd S. Holbrook
Todd S. Holbrook

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2013.

/s/ *Todd S. Holbrook*
Todd S. Holbrook