**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **KEURIG, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **NO. 1:11-11941-FDS** |
| **JBR, INC., d/b/a/ ROGERS FAMILY** | ) | |
| **COMPANY,** | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

**Saylor,  D. J.**

In accordance with the Court's Memorandum and Order issued on May 24, 2013,

granting the defendant's motion for summary judgment in the above-entitled action, it is

hereby ORDERED:

Judgment for the defendants.

So Ordered.

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

By the Court:

**May 28, 2013**                    **/s/ Pietro Cicolini**
**Date**                               **Deputy Clerk**